IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOANN GRANT, an individual,

    Plaintiff,　　　　　　　　　　　3:15-cv-00177-HDM-VPC

  vs.　　　　　　　　　　　　　　　　ORDER

JAMES JERMAINE CUMMINGS, *et al.*,

    Defendants.
_____/

    The parties filed a Stipulation to Dismiss with Prejudice (Document #13) on August 6th, 2015. Pursuant to the Stipulation this case is dismissed with prejudice and all parties shall bear their own costs and fees.

    It is so ordered.

    Dated this 13th day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE